[No. 11270–8–I. Division One. May 2, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. GREGORY LYNN JORDAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–1–03426–4, George T. Mattson, J., entered January 29, 1982. *Affirmed* by unpublished opinion per

Corbett, J., concurred in by Durham, A.C.J., and Swanson, J.